UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL PRADO PEBES (A-Number: 240-060-162),

Petitioner,

v.

M. WOFFORD, et al.,

Respondents.

No. 1:26-cv-04421-KES-FJS (HC)

CORRECTED ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN TEN (10) DAYS

Doc. 1

Petitioner Miguel Angel Prado Pebes is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 8. The Court has previously addressed the legal issues raised by the petition. *See, e.g.*, *Luis Alberto R.C. v. Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025); *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025); *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025).[1]

[1] The Court set an initial briefing schedule on the petition and identified certain prior decisions for respondents to address. Doc. 9. Respondents' response (Doc. 10) noted facts that were not set out in the petition and motion for temporary restraining order, and which confirm that the legal issues in this case are addressed by the decisions identified on the first page of this Order.

Respondents acknowledge that this case raises the same issues. *See* Doc. 10 at 1 ("Petitioner was previously apprehended by immigration authorities in 2022 and released into the United States for his removal proceeding and re-detained by immigration authorities."). While respondents oppose the petition, they do not raise any new arguments. *See id.* at 1–2

As respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions in *Luis Alberto R.C. v. Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025), *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025), *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025), *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025), and *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025), the petition for writ of habeas corpus is GRANTED, for the reasons addressed in those prior orders.

Petitioner argues the Court should order his immediate release, but petitioner does not dispute that his "state charges in the record remain pending." *See* Doc. 11. In light of the pending charges, the Court declines to order immediate release.

Respondents are ORDERED to provide petitioner Miguel Angel Prado Pebes (A-Number: 240-060-162) with a bond hearing before a neutral decisionmaker within ten (10) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. If respondents do not provide petitioner with a bond hearing within ten days, then respondents must release him.

///

///

///

///

///

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve Mesa Verde ICE Processing Center with a copy of this Order.

IT IS SO ORDERED.

Dated: July 28, 2026

UNITED STATES DISTRICT JUDGE